**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Residential Marketing Concepts, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Alternatives for Seniors**<br>**DBA  Senior Alternatives**<br>**DBA  Senior Living Placements** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **38-2963521** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9765 Golf Port**<br>**Stanwood, MI 49346**<br>Number, Street, City, State & ZIP Code | **1000 Woodkirk Lane**<br>**Matthews, NC 28104-8053**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Mecosta**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **alternativesforseniors.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Residential Marketing Concepts, Inc.**          Case number (*if known*) _____
         Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___5111___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| District | Eastern District of Michigan, Southern Division/Detroit | When | 11/23/13 | Case number | 13-61366-pjs |
| District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | Anita Kremer-Frankovich | Relationship | **President/Majority Shareholder** |

Debtor   **Residential Marketing Concepts, Inc.**                          Case number (*if known*) _____
         <small>Name</small>

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | District | **Western District of North Carolina (Charlotte)** | When | **7/22/20** | Case number, if known   **20-30700** |

Debtor   **Residential Marketing Concepts, Inc.**                           Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Residential Marketing Concepts, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 16, 2020**
MM / DD / YYYY

**X /s/ Anita Kremer-Frankovich**
Signature of authorized representative of debtor

**Anita Kremer-Frankovich**
Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Michael D. Lieberman**
Signature of attorney for debtor

Date **October 16, 2020**
MM / DD / YYYY

**Michael D. Lieberman P38529**
Printed name

**Lieberman & Cohen, PLLC**
Firm name

**31313 Northwestern Highway
Suite 200
Farmington Hills, MI 48334**
Number, Street, City, State & ZIP Code

Contact phone    **248-539-5500**    Email address    **Mike@lgcpllc.com**

**P38529 MI**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __**Residential Marketing Concepts, Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MICHIGAN__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**October 16, 2020**__    **X** */s/ Anita Kremer-Frankovich*
                                       Signature of individual signing on behalf of debtor

                                       **Anita Kremer-Frankovich**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Residential Marketing Concepts, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express 200 Versey Street New York, NY 10285** | | **Credit card purchases** | | | | **$16,000.00** |
| **Auto Owners 6101 Anacapri Blvd. Lansing, MI 48917** | | **Insurance** | | | | **$360.00** |
| **Bank of America 2600 W Big Beaver Road Troy, MI 48084** | | **Balance listed is approximate amount owed for business loan.** | | | | **$9,600.00** |
| **Blue Cross Blue Shield of Michigan PO Box 553174 Detroit, MI 48255-3174** | | **Medical** | | | | **$250.00** |
| **S. Cody Engle 1206 Morningside Dr. Laguna Beach, CA 92651** | | **Business Loan** | | | | **$70,000.00** |
| **Freeport Press, Inc. 2127 Reiser Ave., S.E. New Philadelphia, OH 44663** | | | | | | **$38,303.10** |
| **Harvey Goldsmith 48 Westbridge Road Westhampton Beach, NY 11978** | | **Business loan** | | | | **$66,000.00** |
| **Google Inc. 1600 Amphitheatre Pkwy. Mountain View, CA 94043** | | **Executory contract** | | | | **$308.33** |
| **Humana Healthcare Ins. Co. 500 West Main St. Louisville, KY 40202** | | **Health Insurance** | | | | **$410.38** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Residential Marketing Concepts, Inc.**                     Case number *(if known)*
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346** | | **Federal Payroll Tax** | | | | **$35,443.46** |
| **Kapitus LLC 2500 Wilson Boulevard Suite 3500 Arlington, VA 22201** | tmorgan@kapituss ervicing.com | **90 days or less: Accounts receivable (Approx. gross amount is $153,511.00) Note: This amount consists of unearned income received in advance of prin** | **Disputed** | **$165,163.75** | **$48,511.00** | **$116,652.75** |
| **LeaseHawk P.O. Box 29425 Phoenix, AZ 85038** | | **Executory Contract** | | | | **$2,200.00** |
| **NC Department of Revenue P.O. Box 25000 Raleigh, NC 27640** | | **Taxes** | | | | **$326.00** |
| **Nextiva 8800 E Chaparral Road Suite 300 Scottsdale, AZ 85250** | | **Executory Contract** | | | | **$300.00** |
| **Printwell, Inc. 26975 Northline Rd. Taylor, MI 48180** | | **Business loan and Account payable for open account purchases. Balance listed is estimated total balance for both claims.** | | | | **$135,000.00** |
| **Ruth Schwartz 8392 U Point 6 Lane Rapid River, MI 49878** | | **Business Loan** | | | | **$20,000.00** |
| **Simax Web Development, LLC 9146 Lanigon Charlotte, NC 28277** | | **Executory Contract** | | | | **$500.00** |
| **Sprint PCS PO Box 4181 Carol Stream, IL 60197-4181** | | **Executory Contract** | | | | **$275.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **Residential Marketing Concepts, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Trox Tech**<br>**7560 Charlotte Hwy.**<br>**Fort Mill, SC 29707** | | **Executory Contract** | | | | **$455.00** |
| **United Health Care Ins. Co.**<br>**Dept CH 10151**<br>**Palatine, IL 60055** | | **Insurance** | | | | **$252.51** |

**Fill in this information to identify the case:**

Debtor name  **Residential Marketing Concepts, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...............................................................................................  $    0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................................  $    111,519.20

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................................  $    111,519.20

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $    165,163.75

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................  $    35,769.46

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$    361,514.87

4. **Total liabilities** ...............................................................................................................................
   Lines 2 + 3a + 3b

   $    562,448.08

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Residential Marketing Concepts, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase Bank-Account subject to IRS levy** | **Checking account** | **0959** | **$3,942.20** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.** | **$3,942.20** |
| --- | --- |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Deposits from customers (Approximate amount)** | **$56,366.00** |
| --- | --- | --- |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.** | **$56,366.00** |
| --- | --- |
Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Residential Marketing Concepts, Inc.**                              Case number *(If known)* _____
_____
Name

---

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:          **48,511.00**    -              **0.00**    = ....          **$48,511.00**
                              _____         _____         _____
                                  face amount                doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                             | $48,511.00 |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** Books, printed but not distributed.  Inventory is for restocking purposes, but the books have no resale value. | | $0.00 | | $0.00 |

23.     **Total of Part 5.**                                                             | $0.00 |
        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Residential Marketing Concepts, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** **Office furniture--Value is included in description above.** | **$0.00** | | **$0.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Office Equipment:  Desk, Chair, Credenza, File Cabinets-2 drawer, Computers (3-1 used Mac), Printers (3)** | **$0.00** | | **$2,500.00** |
| | **Phone system. System is an older system. Value is estimated.** | **$0.00** | | **$200.00** |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$2,700.00** |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Residential Marketing Concepts, Inc.**                                    Case number *(If known)* _____
             Name

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Trademark on Alternatives for Seniors.**<br>**Believed to ahve no value** | **$0.00** | **N/A** | **$0.00** |
| 61. **Internet domain names and websites**<br>**www.alternatives for seniors.com** | **Unknown** | **N/A** | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>**Customer list** | **$0.00** | | **Unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                            | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Residential Marketing Concepts, Inc.**    Case number *(If known)* _____

Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,942.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $56,366.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $48,511.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $111,519.20 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $111,519.20 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Residential Marketing Concepts, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  Kapitus LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**90 days or less: Accounts receivable (Approx. gross amount is $153,511.00)  Note: This amount consists of unearned income received in advance of printing and will be offset by printing, freight and other expenses. Estimated to be $105,000.** | $165,163.75 | $48,511.00 |

**2500 Wilson Boulevard**
**Suite 3500**
**Arlington, VA 22201**
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?

**tmorgan@kapitusservicing.com**
Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**3/15/2019**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1311**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.       **$165,163.75**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Colonial Funding Network**<br>**520 Silicon Dr., Ste 110**<br>**Southlake, TX 76092** | Line  **2.1** | |

Debtor  **Residential Marketing Concepts, Inc.**

Name

Case number (if known)

| | |
|---|---|
| **Colonial Funding Network**<br>**2500 Wilson Boulevard**<br>**Arlington, VA 22201** | Line   **2.1** |
| **Colonial Funding Network, Inc.**<br>**c/o The Nguyen Law Firm, PLC**<br>**100 Arbor Oak Drive, Suite 206**<br>**PO Box 1958**<br>**Ashland, VA 23005** | Line   **2.1** |
| **Invision Funding, LLC**<br>**Qualified Merchant Group**<br>**2500 Wilson Boulevard**<br>**Arlington, VA 22201** | Line   **2.1** |
| **Kapitus**<br>**120 W. 45th Street**<br>**New York, NY 10036** | Line   **2.1** |
| **Kapitus Servicing, Inc.**<br>**2500 Wilson Boulevard**<br>**Suite 350**<br>**Arlington, VA 22201** | Line   **2.1** |
| **Kapitus Servicing, Inc.**<br>**Attn: Tapeka Morgan**<br>**2500 Wilson Boulevard**<br>**Suite 350**<br>**Arlington, VA 22201** | Line   **2.1** |
| **Kapitus Servicing, Inc.**<br>**C. Daniel ~Waters, Esq.**<br>**The Nguyen Law Firm PLC**<br>**2201 Libbie Ave.**<br>**Richmond, VA 23230** | Line   **2.1** |
| **Key Star Capital**<br>**4100 Greenbriar suite 120**<br>**Stafford, TX 77477** | Line   **2.1** |
| **Key Star Capital Fund II, L.P.**<br>**P.O. Box 1068**<br>**Stafford, TX 77497-1068** | Line   **2.1** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Residential Marketing Concepts, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$35,443.46** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Federal Payroll Tax** | | |
| Last 4 digits of account number **3521**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**NC Department of Revenue**<br>**P.O. Box 25000**<br>**Raleigh, NC 27640** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$326.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| Last 4 digits of account number **2633**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor **Residential Marketing Concepts, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Adobe**<br>**345 Park Avenue**<br>**San Jose, CA 95110**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Executory Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$56.57** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**AFLAC**<br>**1932 Wynnton Road**<br>**Columbus, GA 31993**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **5829** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$136.56** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**American Express**<br>**200 Versey Street**<br>**New York, NY 10285**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Credit card purchases**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$16,000.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**AppRiver**<br>**1101 Gulf Breeze Parkway**<br>**Suite 200**<br>**Gulf Breeze, FL 32561-4858**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Executory Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$129.50** |
| **3.5** | Nonpriority creditor's name and mailing address<br>**Auto Owners**<br>**6101 Anacapri Blvd.**<br>**Lansing, MI 48917**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Insurance**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$360.00** |
| **3.6** | Nonpriority creditor's name and mailing address<br>**Bank of America**<br>**2600 W Big Beaver Road**<br>**Troy, MI 48084**<br><br>Date(s) debt was incurred **various**<br>Last 4 digits of account number **9687** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Balance listed is approximate amount owed for business loan.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,600.00** |
| **3.7** | Nonpriority creditor's name and mailing address<br>**Blue Cross Blue Shield of Michigan**<br>**PO Box 553174**<br>**Detroit, MI 48255-3174**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Medical**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Residential Marketing Concepts, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Dropbox**
**185 Berry**
**4th Floor**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Executory Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70,000.00** |
|---|---|---|---|

**S. Cody Engle**
**1206 Morningside Dr.**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,303.10** |
|---|---|---|---|

**Freeport Press, Inc.**
**2127 Reiser Ave., S.E.**
**New Philadelphia, OH 44663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1621__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66,000.00** |
|---|---|---|---|

**Harvey Goldsmith**
**48 Westbridge Road**
**Westhampton Beach, NY 11978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June, July 2013__

Basis for the claim: __Business loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$308.33** |
|---|---|---|---|

**Google Inc.**
**1600 Amphitheatre Pkwy.**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Executory contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$410.38** |
|---|---|---|---|

**Humana Healthcare Ins. Co.**
**500 West Main St.**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Monthly__

Basis for the claim: __Health Insurance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$185.55** |
|---|---|---|---|

**IN Fullcontrol**
**14400 College Blvd.**
**Suite 103**
**Lenexa, KS 66215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Executory Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Residential Marketing Concepts, Inc.**                                Case number (if known) _____
     Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**LeaseHawk**
P.O. Box 29425
Phoenix, AZ 85038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  8167

Basis for the claim:  Executory Contract

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.99 |
|---|---|---|---|

**Life Storage**
6467 Main Street
Roseville, CA 95661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _

Basis for the claim:  Executory Contract

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.99 |
|---|---|---|---|

**Mailchimp**
675 Ponce de Leon Ave, NE
Suite 5000
Atlanta, GA 30308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _

Basis for the claim:  Executory Contract

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Nextiva**
8800 E Chaparral Road
Suite 300
Scottsdale, AZ 85250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _

Basis for the claim:  Executory Contract

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,000.00 |
|---|---|---|---|

**Printwell, Inc.**
26975 Northline Rd.
Taylor, MI 48180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Various

Last 4 digits of account number _

Basis for the claim:  Business loan and Account payable for open account purchases.  Balance listed is estimated total balance for both claims.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.35 |
|---|---|---|---|

**Sage Software**
271 17th St, NW
Atlanta, GA 30363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _

Basis for the claim:  Executory Contract

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Ruth Schwartz**
8392 U Point 6 Lane
Rapid River, MI 49878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _

Basis for the claim:  Business Loan

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Residential Marketing Concepts, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Simax Web Development, LLC**
**9146 Lanigon**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Executory Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.05** |
|---|---|---|---|

**Sirius**
**1221 Avenue of the Americas**
**36th Floor**
**New York, NY 10020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Executory Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Spectrum Business**
**P.O. Box 3019**
**Milwaukee, WI 53201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Executory Contract**

Last 4 digits of account number  **6994**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Sprint PCS**
**PO Box 4181**
**Carol Stream, IL 60197-4181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Executory Contract**

Last 4 digits of account number  **6546**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.99** |
|---|---|---|---|

**Stamps.com**
**P.O. Box 6022**
**Inglewood, CA 90312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Executory Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**The Hartford**
**P.O. Box 660916**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number  **9277**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$455.00** |
|---|---|---|---|

**Trox Tech**
**7560 Charlotte Hwy.**
**Fort Mill, SC 29707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Executory Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Residential Marketing Concepts, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.51 |

**United Health Care Ins. Co.**
**Dept CH 10151**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number  **0522**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bank of America, N.A.**<br>**P.O. Box 45144**<br>**FL9-100-04-24**<br>**Building 100 4th Floor**<br>**Jacksonville, FL 32232-9923** | Line **3.6**<br><br>☐ Not listed. Explain ____ | **9687** |
| 4.2 | **EFTPS**<br>**P.O. Box 802501**<br>**Cincinnati, OH 45280** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Michael Fleming**<br>**Plunkett Cooney**<br>**38505 Woodward Ave.**<br>**Suite 100**<br>**Bloomfield Hills, MI 48304** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Internal Revenue Sevice**<br>**10715 David Taylor Drive**<br>**Charlotte, NC 28262** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 35,769.46 |
| 5b. Total claims from Part 2 | 5b. | + $ | 361,514.87 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 397,284.33 |

**Fill in this information to identify the case:**

Debtor name **Residential Marketing Concepts, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Computer support $56.57/mo.** |
|        State the term remaining | **Adobe** |
|        List the contract number of any government contract | **345 Park Avenue**<br>**San Jose, CA 95110** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Email provider.**<br>**$129.50/Mo.** |
|        State the term remaining | **AppRiver** |
|        List the contract number of any government contract | **1101 Gulf Breeze Parkway**<br>**Suite 200**<br>**Gulf Breeze, FL 32561-4858** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | **Cloud Server. $100/mo.** |
|        State the term remaining | **Dropbox** |
|        List the contract number of any government contract | **185 Berry**<br>**4th Floor**<br>**San Francisco, CA 94107** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest | **Web Service.**<br>**$308.33/mo.** |
|        State the term remaining | **Google Inc.** |
|        List the contract number of any government contract | **1600 Amphitheatre Pkwy.**<br>**Mountain View, CA 94043** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Residential Marketing Concepts, Inc.**                                    Case number (*if known*) _____
     First Name     Middle Name     Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Health insurance. $410.38/mo.**

    State the term remaining

    List the contract number of any government contract

**Humana Healthcare Ins. Co.**
**500 West Main St.**
**Louisville, KY 40202**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Web site server.185.55/mo.**

    State the term remaining

    List the contract number of any government contract

**IN Fullcontrol**
**14400 College Blvd.**
**Suite 103**
**Lenexa, KS 66215**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Toll Free Number provider. $1,614.00/mo.**

    State the term remaining

    List the contract number of any government contract

**LeaseHawk**
**P.O. Box 29425**
**Phoenix, AZ 85038**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Storage Unit. $154.99/mo.**

    State the term remaining

    List the contract number of any government contract

**Life Storage**
**6467 Main Street**
**Roseville, CA 95661**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Automated Web Email Server. $54.99/mo.**

    State the term remaining

    List the contract number of any government contract

**Mailchimp**
**675 Ponce de Leon Ave, NE**
**Suite 5000**
**Atlanta, GA 30308**

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Phone service provider. $300.00/mo.**

    State the term remaining

    List the contract number of any

**Nextiva**
**8800 E Chaparral Road**
**Suite 300**
**Scottsdale, AZ 85250**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Residential Marketing Concepts, Inc.**                          Case number (*if known*) _____

      First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Software license-Accounting System. $150.35/mo.** | |
| | State the term remaining | | **Sage Software** |
| | List the contract number of any government contract | | **271 17th St, NW**<br>**Atlanta, GA 30363** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Web site Admin. support. $500/mo.** | |
| | State the term remaining | | **Simax Web Development, LLC** |
| | List the contract number of any government contract | | **9146 Lanigon**<br>**Charlotte, NC 28277** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Satellite Radio subscription. $44.05/mo.** | |
| | State the term remaining | | **Sirius** |
| | List the contract number of any government contract | | **1221 Avenue of the Americas**<br>**36th Floor**<br>**New York, NY 10020** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Phone/Internet service. $170/mo.** | |
| | State the term remaining | | **Spectrum Business** |
| | List the contract number of any government contract | | **P.O. Box 3019**<br>**Milwaukee, WI 53201** |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Cell phone contracts (2 contracts - multiple lines)** | |
| | State the term remaining | | **Sprint PCS** |
| | List the contract number of any government contract | | **PO Box 4181**<br>**Carol Stream, IL 60197-4181** |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Postage. $17.99/mo.** | **Stamps.com**<br>**P.O. Box 6022**<br>**Inglewood, CA 90312** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        

Debtor 1    **Residential Marketing Concepts, Inc.**                                    Case number *(if known)* _____
    First Name         Middle Name       Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **IT support. $455.00/mo.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Trox Tech**<br>**7560 Charlotte Hwy.**<br>**Fort Mill, SC 29707** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Residential Marketing Concepts, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF MICHIGAN</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Anita Kremer-Frankovich** | **1000 Woodkirk Lane Matthews, NC 28104-8053** | **Bank of America** | ☐ D _____<br>☑ E/F __3.6__<br>☐ G _____ |
| 2.2 | **Anita Kremer-Frankovich** | **1000 Woodkirk Lane Matthews, NC 28104-8053** | **Kapitus LLC** | ☑ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Residential Marketing Concepts, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$457,000.00** |
   | **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | **$610,511.00** |
   | **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$805,977.00** |
   | **2017**<br>From  **/  /** to **12/31/1999** | ■ Operating a business<br>☐ Other  _____ | **$848,001.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   __Residential Marketing Concepts, Inc.__   Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **American Express**<br>**200 Versey Street**<br>**New York, NY 10285** | 6/24/2020 | $10,957.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Corporate credit card purchases relating to business. |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed on line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Internal Revenue Service**<br>**C. Smith Revenue Officer**<br>**Charlotte, NC 28262** | **Levies on Bank account and on clients and former clients.  Value of property amount is approximate.** | 10/6/2020 | $15,000.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Debtor   **Residential Marketing Concepts, Inc.**            Case number *(if known)*

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Kapitus Servicing, Inc. v. Residential Marketing Concepts, Inc. et. al. CL20-986** | **Collection/Breach of Contract** | **Arlington County Circuit Court 1425 North Court House Road Room 6700 Arlington, VA 22201-2685** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor   **Residential Marketing Concepts, Inc.**          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 9/30/2019-$500.00; 10/13/2019-$800; 1/19/2020-$487.50; 3/9/2020-$585.00; 4/29/20-$325.00; 6/9/2020-$325.00; 7/27/2020-$455.00; 8/27/2020-$1,000.00; 8/31/2020-$691.50; 9/15/2020-$6,717.00; 9/29/2020-$487.50; 10/1/2020$1,690 | |
| | Lieberman, Gies & Cohen PLLC 31313 Northwestern Hwy. Suite 200 Farmington Hills, MI 48334 | In last 12 mos., receipts for earned attorney fees totals $7,346.50.  The services relating to these payments include representation in attempt to avoid a BK filing.  On 9/15/2020 Debtor paid a retainer of $6,717 which includes the filing fee.  From this amount, on 10/1/2020 the law firm applied $1,690 for current work--part of the referenced $7,346.50. The net balance held as a retainer is $3,310.00 (i.e. of $5,027, less filing fee of $1,717). | | $12,373.50 |
| | Email or website address mike@lgcpllc.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ◾ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ◾ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ◾ Does not apply

Debtor    **Residential Marketing Concepts, Inc.**                    Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|
| | |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

---

Debtor    **Residential Marketing Concepts, Inc.**                    Case number *(if known)*

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.    **Residential Marketing Concepts, Inc.** 9765 Golf Port Stanwood, MI 49346 | Subscription based advertising | EIN:    38-2963521 From-To    1990 - present |

26. **Books, records, and financial statements**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Residential Marketing Concepts, Inc.**          Case number *(if known)* _____

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Anita Kremer-Frankovich** **1000 Woodkirk Lane** **Matthews, NC 28104** | **1990 - present** |
| 26a.2. **Daniel Ratliff & Co.** **2815 Coliseum Centre Dr., Ste. 200** **Charlotte, NC 28217** | **2018 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Anita Kremer Frankovich** | **1990 - present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Anita Kremer-Frankovich** | **1000 Woodkirk Lane** **Matthews, NC 28104** | **president** | **Majority shareholder-- 65% ownership Sole director** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Harvey Goldsmith** | **48 Westbridge Road** **Westhampton Beach, NY 11978** | **Minority Shareholder** | **Shareholder-- 35% ownership** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor   **Residential Marketing Concepts, Inc.**                    Case number *(if known)*

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Anita Kremer-Frankovich 1000 Woodkirk Lane Matthews, NC 28104** | **Regular salary: Payroll $10,000/month paid bi-monthly ($5,000/pay period) Health insurance, AFLAC ($800/month est.)** | **Regular salary and benefits--pay ments as indicated.** | |
| | **Relationship to debtor Majority Shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 16, 2020**

**/s/ Anita Kremer-Frankovich**                    **Anita Kremer-Frankovich**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Michigan

In re  **Residential Marketing Concepts, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Anita Kremer-Frankovich**<br>**1000 Woodkirk Lane**<br>**Matthews, NC 28104** | **Common** | **1000 shares** | **Shareholder** |
| **Harvey Goldsmith**<br>**48 Westbridge Road**<br>**Westhampton Beach, NY 11978** | **Common** | **539 shares** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 16, 2020**

Signature  **/s/ Anita Kremer-Frankovich**

**Anita Kremer-Frankovich**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Michigan

In re    **Residential Marketing Concepts, Inc.**        Case No. _____

                      Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 16, 2020**            **/s/ Anita Kremer-Frankovich**

                                        **Anita Kremer-Frankovich**/**President**
                                        Signer/Title

```
ADOBE
345 PARK AVENUE
SAN JOSE CA 95110


AFLAC
1932 WYNNTON ROAD
COLUMBUS GA 31993


AMERICAN EXPRESS
200 VERSEY STREET
NEW YORK NY 10285


ANITA KREMER-FRANKOVICH
1000 WOODKIRK LANE
MATTHEWS NC 28104-8053


APPRIVER
1101 GULF BREEZE PARKWAY
SUITE 200
GULF BREEZE FL 32561-4858


AUTO OWNERS
6101 ANACAPRI BLVD.
LANSING MI 48917


BANK OF AMERICA
2600 W BIG BEAVER ROAD
TROY MI 48084


BANK OF AMERICA, N.A.
P.O. BOX 45144
FL9-100-04-24
BUILDING 100 4TH FLOOR
JACKSONVILLE FL 32232-9923


BLUE CROSS BLUE SHIELD OF MICHIGAN
PO BOX 553174
DETROIT MI 48255-3174


COLONIAL FUNDING NETWORK
520 SILICON DR., STE 110
SOUTHLAKE TX 76092
```

```
COLONIAL FUNDING NETWORK
2500 WILSON BOULEVARD
ARLINGTON VA 22201


COLONIAL FUNDING NETWORK, INC.
C/O THE NGUYEN LAW FIRM, PLC
100 ARBOR OAK DRIVE, SUITE 206
PO BOX 1958
ASHLAND VA 23005


DROPBOX
185 BERRY
4TH FLOOR
SAN FRANCISCO CA 94107


EFTPS
P.O. BOX 802501
CINCINNATI OH 45280


S. CODY ENGLE
1206 MORNINGSIDE DR.
LAGUNA BEACH CA 92651


MICHAEL FLEMING
PLUNKETT COONEY
38505 WOODWARD AVE.
SUITE 100
BLOOMFIELD HILLS MI 48304


FREEPORT PRESS, INC.
2127 REISER AVE., S.E.
NEW PHILADELPHIA OH 44663


HARVEY GOLDSMITH
48 WESTBRIDGE ROAD
WESTHAMPTON BEACH NY 11978


GOOGLE INC.
1600 AMPHITHEATRE PKWY.
MOUNTAIN VIEW CA 94043


HUMANA HEALTHCARE INS. CO.
500 WEST MAIN ST.
LOUISVILLE KY 40202
```

```
IN FULLCONTROL
14400 COLLEGE BLVD.
SUITE 103
LENEXA KS 66215


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


INTERNAL REVENUE SEVICE
10715 DAVID TAYLOR DRIVE
CHARLOTTE NC 28262


INVISION FUNDING, LLC
QUALIFIED MERCHANT GROUP
2500 WILSON BOULEVARD
ARLINGTON VA 22201


KAPITUS
120 W. 45TH STREET
NEW YORK NY 10036


KAPITUS LLC
2500 WILSON BOULEVARD
SUITE 3500
ARLINGTON VA 22201


KAPITUS SERVICING, INC.
2500 WILSON BOULEVARD
SUITE 350
ARLINGTON VA 22201


KAPITUS SERVICING, INC.
C. DANIEL ~WATERS, ESQ.
THE NGUYEN LAW FIRM PLC
2201 LIBBIE AVE.
RICHMOND VA 23230


KAPITUS SERVICING, INC.
ATTN: TAPEKA MORGAN
2500 WILSON BOULEVARD
SUITE 350
ARLINGTON VA 22201
```

KEY STAR CAPITAL
4100 GREENBRIAR SUITE 120
STAFFORD TX 77477


KEY STAR CAPITAL FUND II, L.P.
P.O. BOX 1068
STAFFORD TX 77497-1068


LEASEHAWK
P.O. BOX 29425
PHOENIX AZ 85038


LIFE STORAGE
6467 MAIN STREET
ROSEVILLE CA 95661


MAILCHIMP
675 PONCE DE LEON AVE, NE
SUITE 5000
ATLANTA GA 30308


NC DEPARTMENT OF REVENUE
P.O. BOX 25000
RALEIGH NC 27640


NEXTIVA
8800 E CHAPARRAL ROAD
SUITE 300
SCOTTSDALE AZ 85250


PRINTWELL, INC.
26975 NORTHLINE RD.
TAYLOR MI 48180


SAGE SOFTWARE
271 17TH ST, NW
ATLANTA GA 30363


RUTH SCHWARTZ
8392 U POINT 6 LANE
RAPID RIVER MI 49878


SIMAX WEB DEVELOPMENT, LLC
9146 LANIGON
CHARLOTTE NC 28277

```
SIRIUS
1221 AVENUE OF THE AMERICAS
36TH FLOOR
NEW YORK NY 10020


SPECTRUM BUSINESS
P.O. BOX 3019
MILWAUKEE WI 53201


SPRINT PCS
PO BOX 4181
CAROL STREAM IL 60197-4181


STAMPS.COM
P.O. BOX 6022
INGLEWOOD CA 90312


THE HARTFORD
P.O. BOX 660916
DALLAS TX 75266


TROX TECH
7560 CHARLOTTE HWY.
FORT MILL SC 29707


UNITED HEALTH CARE INS. CO.
DEPT CH 10151
PALATINE IL 60055
```

# United States Bankruptcy Court
## Western District of Michigan

In re   **Residential Marketing Concepts, Inc.**                                    Case No.

                                              Debtor(s)                             Chapter     **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Residential Marketing Concepts, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Anita Kremer-Frankovich**
**1000 Woodkirk Lane**
**Matthews, NC 28104**

**Harvey Goldsmith**
**48 Westbridge Road**
**Westhampton Beach, NY 11978**

☐ None [*Check if applicable*]

**October 16, 2020**                                    /s/ Michael D. Lieberman

Date                                                    **Michael D. Lieberman P38529**

                                                       Signature of Attorney or Litigant
                                                       Counsel for   **Residential Marketing Concepts, Inc.**

                                                       **Lieberman & Cohen, PLLC**
                                                       **31313 Northwestern Highway**
                                                       **Suite 200**
                                                       **Farmington Hills, MI 48334**
                                                       **248-539-5500 Fax:248-539-5581**
                                                       **Mike@lgcpllc.com**